**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7219**

TERRY K. OFORI,

Plaintiff - Appellant,

v.

GARY M. WILLIAMS, Clerk; W. ALLAN SHARRETT, Judge,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:18-cv-00492-RAJ-RJK)

Submitted:  July 26, 2022                                   Decided:  July 28, 2022

Before MOTZ, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry K. Ofori, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry K. Ofori appeals the district court's order dismissing his 42 U.S.C. § 1983 action under 28 U.S.C. § 1915A(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ofori v. Williams*, No. 2:18-cv-00492-RAJ-RJK (E.D. Va. filed July 12, 2021 & entered July 13, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*